UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No.  05 Cr. 563 (LTS)

NELSON SOLANO,

          Defendant.

-------------------------------------------------------x

### ORDER

        The Government has provided the Court certain materials to review in camera to determine if any or all of the materials must be disclosed to defendant Nelson Solano pursuant to Federal Rule of Criminal Procedure 16, United States v. Brady, 373 U.S. 83 (1963), and United States v. Giglio, 405 U.S. 150 (1972).  In furtherance of the Court's evaluation of these materials, the Court hereby directs the Government to appear in the courtroom of the undersigned for an ex parte conference on **Wednesday, February 3, 2010**, at **10:30 a.m.**

        SO ORDERED.

Dated: New York, New York
       February 1, 2010

                                                          LAURA TAYLOR SWAIN
                                                        United States District Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DATE FILED: 01 FEB 2010]

2/01/10 wpd        Version 2/01/10